FILED US District Court-UT
OCT 05 '22 PM03:11

TRINA A. HIGGINS, United States Attorney (#7349)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

# SEALED

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | **I N D I C T M E N T** |
| Plaintiff, | Count I:  18 U.S.C. § 922(a)(6), False Statements During Attempted Acquisition of a Firearm |
| vs. | |
| ORLANDO BEGAY, | Case: 2:22-cr-00373 |
| Defendant. | Assigned To : Parrish, Jill N. |
| | Assign. Date : 10/5/2022 |

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about August 26, 2022, in the District of Utah,

ORLANDO BEGAY,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a Taurus

PT738 .380 caliber semi-automatic pistol, from a licensed firearm dealer within the

meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious

written statements intended and likely to deceive the firearm dealer with respect to any fact

material to the lawfulness of such acquisition of the firearm, in that he falsely answered

"no" on ATF form 4473 asking whether (1) he had ever been convicted in any court of a

felony and (2) he had ever been convicted of a misdemeanor crime of domestic violence,

and, as he then knew, his answers were untrue, all in violation of 18 U.S.C. § 922(a)(6) and

punishable pursuant to 18 U.S.C. § 924(a)(2).


A TRUE BILL:


_____
FOREPERSON OF GRAND JURY


TRINA A. HIGGINS
United States Attorney


VICTORIA K. McFARLAND
Assistant United States Attorney